**HILL, FARRER & BURRILL LLP**
James A. Bowles (Bar No. 089383)
 E-mail: jbowles@hillfarrer.com
Casey L. Morris (Bar No. 238455)
 E-mail: cmorris@hillfarrer.com
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840

JS-6

Attorneys for Defendant
Time Warner Cable, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON BOWEN,<br><br>          Plaintiff,<br><br>     vs.<br><br>TIME WARNER CABLE INC.; and DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO. CV12-01392 CAS (FMOx)<br><br>[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE |

Based on the Stipulation of Dismissal by and between the parties to this action pursuant to FRCP 41(a)(1) filed on March 29, 2012, and good cause appearing therefore, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice.

DATED: March 30, 2012

*Christina A. Snyder*
UNITED STATES DISTRICT JUDGE

HFB 1136155.1 A5431027

[PROPOSED] ORDER